IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HSBC Bank Middle East Limited, a Jersey
Limited Liability Company,

        Plaintiff,

vs.                              Case No. 2:15-cv-13266-BAF-APP

Waleed M. Yaghmour,

        Defendant.
_____/

Richard E. Zuckerman (P26521)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7618
Attorneys for Plaintiff HSBC Bank Middle
East Limited, a Jersey Limited Liability
Company
_____/

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiff HSBC Bank Middle East Limited (HBME), for its Motion for Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and Local Rule 58.1(d), states as follows:

21356925.1

1. Through its Opinion and Order (Doc. No. 14) entered on March 18, 2016, this Court Granted HBME's motion for summary judgment in this declaratory judgment action.

2. The Court directed HBME to submit a proposed declaratory judgment for the Court's review.

3. Contemporaneously with the filing of this Motion, HBME has submitted a proposed judgment through the Court's procedures for submission of proposed orders.

4. HBME respectfully requests entry of the proposed judgment pursuant to Local Rule 58.1(d).

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ
        AND COHN LLP
        Attorneys for Plaintiff HSBC Bank
        Middle East Limited, a Jersey Limited
        Liability Company

        By: /s/ Richard E. Zuckerman
            Richard E. Zuckerman (P26521)
            2290 First National Building
            660 Woodward Avenue
            Detroit, MI 48226-3506
            (313)465-7618

Dated: April 6, 2016

21356925.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016 I caused the foregoing Plaintiff's Motion for Entry of Judgment to be filed via the ECF system and to be sent to Defendant via U.S. Mail at the following address:

Waleed M. Yaghmour
48259-039
Morgantown Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Morgantown, WV 26507

By: /s/ Richard E. Zuckerman
    Richard E. Zuckerman (P26521)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226-3506
    (313)465-7618