# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 06, 2017

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re: Case No. 16-1505, *HSBC Bank Middle East Limited v. Waleed Yaghmour*
                      Originating Case No. : 2:15-cv-13266

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Jill Colyer
                                        Case Manager
                                        Direct Dial No. 513-564-7024

cc: Mr. Andrew Wright Clark
     Waleed M. Yaghmour
     Mr. Richard E. Zuckerman

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-1505

_____

Filed: September 06, 2017

HSBC BANK MIDDLE EAST LIMITED, RAMALLAH, PALESTINE

    Plaintiff - Appellee

v.

WALEED M. YAGHMOUR

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/15/2017 the mandate for this case hereby issues today.

COSTS: None